# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Darnell Earl                )
                            )
    Plaintiff,          )
vs.                         )
                            )
BALTIMORE POLICE DEPARTMENT,)  Case No.: 1:20-cv-01355-CCB
et al.                      )
                            )
                            )
                            )
                            )
    Defendants.         )
                            )

## Fed. R. Civ. Proc., Rule 56(c)(4)
## Affidavit of Darnell Earl

1. At all times relevant I am an adult male, over the age of 18, with personal knowledge of the below mentioned averments.
2. I am competent to testify on the matters stated in this affidavit.
3. The information contained in this affidavit, is based on my personal knowledge as well as information from others.
4. On October 18, 2015, I was riding as a passenger of a motor vehicle in Baltimore City, Maryland.
5. From that incident I was wrongfully arrested, charged, and prosecuted in Baltimore City, Maryland, under District Court Case No. 1B02311310, based on fabricated evidence generated by defendants (former officers) Wayne Jenkins, Evodio Hendrix, and Marcus Taylor.
6. As a result of Wayne Jenkins, Marcus Tayor, and Evodio Hendrix's actions, I lost my liberty and suffered immensely.
7. I am, and was always, innocent of the criminal charges lodged against me by Jenkins, Taylor, and Hendrix.
8. I have always maintained my innocence, from my immediate declaration that the fabricated evidence, a gun, was not mine to the entry of a *nolle prosequi* on all counts in the criminal prosecution against me.
9. I have always maintained my innocence and have never endorsed, adopted, or agreed with Jenkins, Taylor, and Hendrix's statement of charges against me, as they are false.
10. I have always maintained my innocence notwithstanding any coerced statements that may be construed to the contrary.

I declare and certify under the penalty of perjury that the foregoing is true and correct. affirm and swear under the penalties of perjury and to my personal knowledge that the foregoing is true.

_____   4/9/21
Darnell Earl                     Date

5794 Brook-way Coulmbia MD
Address

_____   4/9/21
Witness                          Date

**MARYLAND NOTARY ACKNOWLEDGMENT**

THE STATE OF MARYLAND

COUNTY OF Baltimore

I hereby certify that on the 9th day of April, 2021, before me, the subscriber, a notary public of the State of Maryland, in and for Baltimore County (here insert name of the county or City of Baltimore for which notary is appointed, personally appeared Robert Johnson and made affirmation in due form of law that the matter and facts set forth in the Affidavit are true.

As witness, my hand and notarial seal.

_____
Notary Public Signature

TONY K. GALE
Notary Public - Maryland
Baltimore County
My Commission Expires
August 25, 2024

Tony K. Gale Jr.
Print

My commission expires: Aug 25, 2021

2