IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARNELL EARL | * | |
|     Plaintiffs | * | |
| v. | | Civil Action No.: 20-cv-01355 |
| | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.* | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STATUS REPORT

Defendants Marcus Taylor and Wayne Jenkins ("Defendants"), by and through their undersigned counsel and pursuant to this Court's June 13, 2022 Order, hereby submit the following *Status Report*:

1. This Court issued an Order on June 13, 2022: cancelling the June 14, 2022 deposition of Defendant Wayne Jenkins; bearing the costs of the cancellation upon Defendant Wayne Jenkins; placing the administrative burden of rescheduling the proceeding on Defendant Wayne Jenkins, if possible, prior to July 13, 2022; and requiring submission of this Status Report, on or before June 28, 2022 (hereafter the "Order"). *See* ECF Doc. 77.

2. Since the entrance of the Order, Jenkins' counsel has worked to resolve the issue previously mentioned in Jenkins' filing with this Court. *See* ECF Doc. 75 ("[o]n Friday, June 10, 2022, counsel for Jenkins learned of a potential issue that raised required consultation with firm general counsel relating to Professional Responsibility.").

3. Counsel for Jenkins believe they have resolved the identified concern and expect, absent a change in circumstance, that this case can proceed forward at this point.

4.	To assure the court and the parties that this office is making every effort to get this matter resolved as quickly as possible, Counsel for Jenkins has attempted no less than 10 phone calls and 15 emails with the facility to coordinate this effort over the last few weeks. A comprehensive list of calls, emails, and other correspondences made since the entrance of the Order that Counsel for Jenkins made to remedy the noted issue and reschedule the deposition proceeding is available for review by the Court. With the potential conflict issue resolved, Counsel for Jenkins are actively attempting to communicate with the staff at FCI Ashland to reschedule the postponed deposition but have not yet received potential availability from the facility.

5.	In the meantime, the Settlement Conference is scheduled to move forward on July 27, 2022.[1] Counsel will continue efforts to schedule the deposition with the facility before that date.

Respectfully submitted,

---

[1] The Court had a conflict that, since the briefing that led to the Order, required a short continuance of the Settlement Conference.

               /s/
Thomas H. Barnard, Bar No. 27488
tbarnard@bakerdonelson.com
Stuart R. Goldberg, Bar No. 21236
sgoldberg@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
  CALDWELL, & BERKOWITZ, P.C.
100 Light Street, 19th Floor
Baltimore, MD  21202
410-862-1339 (telephone)
443-547-0699 (fax)

*Attorneys for Wayne E. Jenkins and Marcus Taylor*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of June 2022, a copy of this Status Report was served, electronically, on all counsel of record, via this Court's CM/ECF electronic filing system.

                                              /s/
                                          Stuart R. Goldberg, Federal Bar No.: 21236